1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798



FILED

JUL 27 2006

CLERK, U.S. DISTRICT COURT
TERN DIST... ... CALIFO...

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| v. | ) | (UNDER SEAL) |
| JUSTIN EVERETT KESSLER, | ) | 2:06-CR-310 EJG |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the first arrest of the defendant in this case or until further order of the Court.

DATED: 7/27/06

KIMBERLY J. MUELLER
United States Magistrate Judge

1