UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

FILED

OCT - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RE: **Justin Everett KESSLER**
Docket Number: 2:06CR00310-01
<u>CONTINUANCE OF STATUS CONFERENCE</u>

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 13, 2006, to October 27, 2006, at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** More time is needed to complete the pre-plea report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Scott W. Storey
SCOTT W. STOREY
United States Probation Officer

REVIEWED BY: /s/ Karen A. Meusling
KAREN A. MEUSLING
Supervising United States Probation Officer

Dated: October 6, 2006
Sacramento, California

Attachment

cc: Clerk, United States District Court

RE: **Justin Everett KESSLER**
    Docket Number:  2:06CR00310-01
    <u>**CONTINUANCE OF STATUS**</u>

United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved        _[signature]_                    10/6/06
                  EDWARD J. GARCIA
                  **Senior United States District Judge**      **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR00310-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRE-PLEA REPORT |
| vs. | |
| **Justin Everett KESSLER** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Status Conference Date: | October 27, 2006 |
| The proposed Pre-Plea Report shall be disclosed to counsel no later than: | October 20, 2006 |