DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN EVERETT KESSLER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-310 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JUSTIN EVERETT KESSLER, | ) | |
| | ) | Date: November 17, 2006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Justin Everett Kessler, as follows:

The Status Conference date of November 3, 2006 should be continued until November 17, 2006. The reason for the continuance is to allow the defendant additional time to understand the ramifications of his pre-plea presentence report, which calculates his guidelines at a low end of 210 months.  Mr. Kessler needs additional time to discuss his

options with undersigned counsel and his parents, and, since he faces such a high sentence, to explore with counsel any possible defenses to the charge.

The parties stipulate and agree that time within which the trial of this matter must be commenced under the Speedy Trial Act should be excluded from the date of the signing of this order up to and including November 17, 2006, pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 2, 2006

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Assistant Federal Defender
    Attorney for Defendant
    JUSTIN EVERETT KESSLER

Dated: November 2, 2006

    MCGREGOR SCOTT
    United States Attorney

    /s/ carolyn delaney
    _____
    CAROLYN DELANEY
    Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 3, 2006, status conference be continued to November 17, 2006, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

1  defense counsel reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.  The Court finds
3  that the ends of justice to be served by granting a continuance
4  outweigh the best interests of the public and the defendant in a speedy
5  trial.  It is ordered that time from this date to, and including, the
6  November 17, 2006 status conference shall be excluded from computation
7  of time within which the trial of this matter must be commenced under
8  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
9  and Local Code T-4, to allow defense counsel time to prepare.
10 Dated: November 2, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Name of Pleading                         -3-