DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUSTIN KESSLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR-S-06-310 EJG |
|                                      ) |  |
| Plaintiff,      ) |  |
|                                      ) | STIPULATION AND ORDER TO CONTINUE |
| v.                 ) | STATUS CONFERENCE |
|                                      ) |  |
| JUSTIN KESSLER,                      ) |  |
|                                      ) | Date:  February 23, 2007 |
| Defendant.      ) | Time:  10:00 a.m. |
|                                      ) | Judge: Hon. Edward J. Garcia |
| _____ ) |  |

    It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Justin Everett Kessler, as follows:

    The Status Conference date of February 9, 2007 should be continued until February 23, 2007. The reason for the continuance is two-fold: one, defense counsel intends to get a neuropsychological evaluation of Mr. Kessler and needs additional time to set this up. Second, Mr. Kessler requests a continuance to allow him to consult with his parents

about the 210-month low-end sentence he would face pursuant to a guilty plea. His father is a quadriplegic who has difficulty visiting Mr. Kessler at the jail, though he does try to go once every two weeks.

Mr. Kessler has not yet decided what option to pursue to resolve his case. The results of neuropsychological testing might be germane to his decision, as would the input by his parents.

Dated: February 8, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
JUSTIN EVERETT KESSLER

Dated: February 8, 2007

MCGREGOR SCOTT
United States Attorney

/s/ carolyn delaney

CAROLYN DELANEY
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 9, 2007, status conference be continued to February 23, 2007, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds

1  that the ends of justice to be served by granting a continuance
2  outweigh the best interests of the public and the defendant in a speedy
3  trial.  It is ordered that time from this date to, and including, the
4  February 23, 2007 status conference shall be excluded from computation
5  of time within which the trial of this matter must be commenced under
6  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
7  and Local Code T-4, to allow defense counsel time to prepare.
8  Dated: February 8, 2007

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge

Name of Pleading                    -3-

```
Dated:   November 2, 2006
                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   _____
                                   CARO MARKS
                                   Senior Litigator
                                   Attorney for Defendant
                                   JUSTIN EVERETT KESSLER
```