```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN KESSLER
```

FILED
MAY 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN KESSLER, <br><br> Defendant. | No. Cr-S-06-310 EJG <br><br> **AMENDED** <br> NOTICE OF HEARING <br><br> Date: June 1, 2007 <br> Time: 10:00 a.m. <br> Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of May 11, 2007 is vacated and a new presentence schedule is as follows:

```
Written objections due:        May 11, 2007
PSR to be filed w/court:       May 18, 2007
Motion for correction due:     May 25, 2007
J&S:                           June 1, 2007
```

///
///
///
///
///

1  All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.
3  Dated: May 7, 2007              Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Caro Marks

                                   CARO MARKS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JUSTIN KESSLER

11  IT IS SO ORDERED.

                                   _____
                                   EDWARD J. GARCIA    5/8/07
                                   U.S. DISTRICT JUDGE