1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUSTIN KESSLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-06-310 EJG |
| Plaintiff, | |
| v. | NOTICE OF HEARING & ORDER |
| JUSTIN KESSLER, | Date: June 22, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

The current presentence report schedule and judgment and sentencing date of June 1, 2007 is vacated and a new J&S date of June 22, 2007 be set.

///
///
///
///
///
///
///
///
///

1 All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.

4 Dated: May 24, 2007                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUSTIN KESSLER

12     IT IS SO ORDERED, 5/24/07.

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        U.S. DISTRICT JUDGE