PHILLIP A. TALBERT
United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00310-KJM |
|---|---|
| Plaintiff, | REQUEST FOR PARTIAL REDACTION OF ELECTRONIC TRANSCRIPT PRIOR TO RELEASE TO THE PUBLIC AND ORDER |
| v. | |
| JUSTIN KESSLER, | |
| Defendant. | |

The United States by and through its undersigned counsel makes this request to redact certain limited portions of the electronic transcript of the Contested Evidentiary Hearing (ECF No. 91) prior to its release to the public through the PACER/ECF system in accordance with Local Rule 140(b), Criminal Rule of Procedure 57, and the Eastern District of California Transcript Policy, effective May 15, 2008. While the minor victim's full name has been converted to initials, pursuant to an agreement at the Contested Evidentiary Hearing, the name of the minor's father remains fully on the transcript.

The Court has discretion to redact and seal court records. Here, the name of the child victim's parent should be protected from public disclosure. Under the Crime Victims' Rights Act ("CVRA"), crime victims have the rights to be "reasonably protected from the accused" and "to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. §§ 3771(a)(1), (8). Where a crime victim is less than eighteen years old, the legal guardians of the crime victim may assume the crime victim's rights, as long as, that person is not a defendant in the crime being investigated or

1 prosecuted. 18 U.S.C. § 3771(e)(2)(B). Moreover, child victims of alleged crimes of "physical abuse, sexual abuse, or exploitation," are entitled to have their identity protected. 18 U.S.C. §§ 3509(a)(2)(A), (d)(3). To protect a victim's rights, "the court may issue an order protecting a child from public disclosure of the name of or <u>any</u> other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child." *Id*. at § 3509(d)(3)(A) (emphasis added).

Here, the United States seeks to prevent identifying information, specifically the full name of the father of the minor crime victim from inclusion on the transcript to protect the victim's dignity and privacy in accordance with both 18 U.S.C. § 3509 and 18 U.S.C. § 3771. The full name of the minor victim's father's which shares the minor victim's surname, constitutes "any other information concerning the child" under 18 U.S.C. § 3509(d)(3)(A). Moreover, under 18 U.S.C. § 3771(e)(2)(B), the crime victim rights flow to the father where the victim is under eighteen years of age.

Accordingly, the United States moves that the following information be redacted prior to ECF No. 91 being made publicly available:

| Document #91 - Identified by Date of Proceeding | Page(s) | Line(s) | Identifier | Redaction Requested |
|---|---|---|---|---|
| 10/30/2023 | 25 | 6, 7, 12 | Name of Minor's Father | V.T. |
| 10/30/2023 | 25 | 9 | Name of Minor's Father | Mr. V.T. |
| 10/30/2023 | 25 | 18 | Name of Minor's Father | V.T. |
| 10/30/2023 | 25 | 23 | Name of Minor's Father | Mr. V.T. |
| 10/30/2023 | 37 | 10 | Name of Minor's Father | Mr. V.T. |
| 10/30/2023 | 38 | 13 | Name of Minor's Father | Mr. V.T. |
| 10/30/2023 | 92 | 10-11 | Name of Minor's Father | V.T. |

CONTINUED ON NEXT PAGE

1    If the Court grants this request, when the transcript is released to the public through the
2 PACER/ECF system, the redated version of ECF No. 91 will be the only version made available to the
3 public. The unredacted version of the transcript will be retained by the Court under seal as part of the
4 record and should be available to the parties if necessary.

6  Dated:  February 29, 2024                                 PHILLIP A. TALBERT
                                                             United States Attorney
7
8                                                    By:   /s/ *Kristin F. Scott*
                                                             KRISTIN F. SCOTT
9                                                            Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Request for Partial Redaction of the October 30, 2023, hearing transcript (ECF No. 91) prior to release to the public be granted so that the minor victim's identity is not available on the public docket for the reasons stated in the Government's request.

The court reporter and clerk of the court are directed to file only the redacted version of the October 30, 2023 hearing transcript on the public docket and to SEAL the original unredacted hearing transcript, currently on the docket as ECF No. 91. The sealed unredacted transcript shall be maintained as part of the record and available to the parties in this case. The original transcript shall remain under seal until further Order of the Court.

DATED: March 8, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE